IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIM SCHOENBAUER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-1901-E-BH |
| | § | |
| DEUTSCHE BANK NATIONAL | § | |
| TRUST COMPANY, | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. *Tim Schoenbauer's Motion for Default Judgement [sic]*, filed September 1, 2020 (doc. 8), *Tim Schoenbauer's Motion for Judgement [sic]*, filed December 22, 2020 (doc. 18), *Tim Schoenbauer's Motion for Judgement [sic]*, filed February 2, 2021 (doc. 22), and *Tim Schoenbauer's Motion for Judgement [sic]*, filed February 26, 2021 (doc. 25), are all **DENIED**.

SIGNED this 26th day of March, 2021.

ADA BROWN
UNITED STATES DISTRICT JUDGE