IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIM SCHOENBAUER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-1901-E-BH |
| | § | |
| DEUTSCHE BANK NATIONAL | § | |
| TRUST COMPANY, | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and recommendations in this case (Doc. 40; Doc. 43). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the findings, conclusions, and recommendation of the United States Magistrate Judge (Doc. 40; Doc. 43). Tim Schoenbauer's Motion for Judgement [sic] (Doc. 32) and Tim Schoenbauer's Motion for Judgement [sic] (Doc. 39) are **DENIED**. **The Court dismisses Plaintiff's claims without prejudice.**

**SO ORDERED**: signed this 15th day of October, 2021.

Ada Brown
UNITED STATES DISTRICT JUDGE