IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIM SCHOENBAUER,<br>     Plaintiff,<br>v.<br><br>DEUTSCHE BANK NATIONAL<br>TRUST COMPANY,<br>     Defendant. | §<br>§<br>§   Civil Action No. 3:20-CV-1901-E-BH<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Tim Schoenbauer's Motion for Rehearing,* filed November 16, 2021 (doc. 47), and *Tim Schoenbauer's Motion for Rehearing,* filed December 6, 2021 (doc. 49), are both liberally construed as seeking reconsideration under Rule 54(b) of the Federal Rules of Civil Procedure and **DENIED**. *Tim Schoenbauer's Motion for Rehearing,* filed December 20, 2021 (doc. 51), is also liberally construed as seeking reconsideration under Rule 54(b) and **DENIED** for the same reasons as his prior two motions.  By separate judgment, all of the plaintiff's claims against the defendant will be **DISMISSED without prejudice** *sua sponte* for failure to comply with Rule 4(m).

**SIGNED** this 27th day of December, 2021.

Ada Brown
UNITED STATES DISTRICT JUDGE