IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIM SCHOENBAUER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-CV-01901-E-BH |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | § § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 3, 2022. (Doc. 59). On August 11, 2022, Plaintiff Schoenbauer filed a document entitled "Manifest Error(s) in Law Lack of Reasonable Prudent," which the Court takes as objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendations. (Doc. 62). The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court finds and concludes that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

27th day of December, 2022.

                                                         _____
ADA BROWN
UNITED STATES DISTRICT JUDGE